IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| AQUA ACCEPTANCE, LLC | * | |
| Plaintiff, | * | |
| v. | * | Civil No: 1:20-cv-02802-BAH |
| THE PELICAN GROUP, INC. CONSULTING, INC, *et al*. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL**

Defendants, The Pelican Group Consulting Inc. (the "Pelican Defendant") and Frank Ferguson, hereby file this Motion to Substitute Counsel, and respectfully request that, as set forth in and pursuant to the Consent Order Granting Substitution of Attorney filed simultaneously herewith, the Court substitute NICOLE M. BARNARD, Federal Bar No. 07188, of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. as counsel of record in place of CARY L. JOSHI and BRITNEY A. LITTLES, both of Bailey & Glasser LLP. For the sake of clarity, SEAN J. BELLEW of Bellew LLC will remain in the case as co-counsel of record for the Pelican Defendant and Frank Ferguson.

Respectfully submitted,

Dated: February 22, 2023

/s/   *Nicole M. Barnard*
NICOLE M. BARNARD, Federal Bar No. 07188
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202
(410) 332-8525
(410) 332-8505 (fax)
nmb@nqgrg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2023, a copy of the foregoing was served by ECF to:

> TROY C. SWANSON
> TCS Legal LLC
> 213 Finney Ave.
> Churchville, MD 21028
> 410-927-1991 T
> 410-927-1992 F
> tswanson@com-lit-legal.com
>
> *Counsel for Plaintiff*

                         /s/   *Nicole M. Barnard*
                             Nicole M. Barnard